UNITED STATES DISTRICT COURT  Form 1
WESTERN DISTRICT OF NEW YORK

_Santiago et al_,

Plaintiffs,

v.

_City of Rochester Police Department et al_,  NOTICE OF APPEAL

6:19-CV-6860

Defendant(s).

Notice is hereby given that _Carlos A. Santiago, Melissa A. Laffredo_ [print your name],

_Plaintiffs_ [identify yourself as plaintiff or defendant in the district court action]

in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from __X__ all _____ part [check one] of the decision of this Court entered on _September 26_, 20_24_.

[Complete the next section only if you are not appealing the whole order.] I am appealing from the part of the order which _____

_____

Dated: _October 7_, 20_24_

_Carlos A. Santiago_
_Melissa A. Laffredo_
Signature

Carlos A. Santiago
Melissa A. Laffredo
Print Your Name
Appearing Pro Se

Address: _71 Hillview Drive_
_Rochester, NY 14622_

Telephone: _(585) 208-0162_

Revised 05/01 WDNY

# CERTIFCATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Santiago et al,

Plaintiff(s),

v.

City of Rochester
Police Dept. et al.,

Defendant(s).

CERTIFICATE OF SERVICE

6:19 -CV- 6860

I, (print your name) Carlos A. Santiago / Melissa A. Laffredo, served a copy of the attached papers (state the name of your papers) Notice of Appeal

upon all other parties in this case
by mailing [ ] by hand-delivering [X] (check the method you used)

these documents to the following persons (list the names and addresses of the people you served)

Federal Building
6th Floor Clerk's Office
Rochester NY 14610

on (date service was made) 10/25/24

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 10/25/24
(date)

Melissa A. Laffredo
Pro Se    (your signature)

APPEAL,CASREF,CH,MEDIATION,PRO_BONO

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CIVIL DOCKET FOR CASE #: 6:19−cv−06860−FPG−MJP
*Internal Use Only*

| | |
|---|---|
| Santiago et al v. City of Rochester Police Department et al | Date Filed: 11/25/2019 |
| Assigned to: Hon. Frank P. Geraci, Jr. | Date Terminated: 09/26/2024 |
| Referred to: Hon. Mark W. Pedersen | Jury Demand: Both |
| Demand: $2,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Carlos A. Santiago**     represented by     **Carlos A. Santiago**
71 Hillview Drive
Rochester, NY 14622
PRO SE

**Chad A. Davenport**
Rupp Pfalzgraf LLC (BUF)
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
716−854−3400
Email: davenport@rupppfalzgraf.com
*TERMINATED: 04/20/2021*

**Roy A. Mura**
Mura & Storm, PLLC
930 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716−855−2800
Fax: 716−855−2816
Email: roy.mura@muralaw.com
*TERMINATED: 11/03/2022*

**William A. Lorenz , Jr.**
Bennett Schechter Arcuri & Will LLP
701 Seneca Street
Suite 609
Buffalo, NY 14210
716−242−8108
Fax: 716−242−8101
Email: wlorenz@bsawlaw.com
*TERMINATED: 07/06/2022*

**Plaintiff**

**Melissa A. Laffredo**     represented by     **Melissa A. Laffredo**
71 Hillview Drive
Rochester, NY 14622
PRO SE

**Chad A. Davenport**
(See above for address)
*TERMINATED: 04/20/2021*

**Roy A. Mura**
(See above for address)
*TERMINATED: 11/03/2022*

**William A. Lorenz , Jr.**

(See above for address)
*TERMINATED: 07/06/2022*

V.

**Defendant**

**Rochester Police Department**  represented by  **Christopher Noone**
*North Clinton Goodman Section*                          City of Rochester
*TERMINATED: 11/27/2019*                                 Law Department
                                                         City Hall, Room 400–A
                                                         30 Church Street
                                                         Rochester, NY 14614–1295
                                                         585–428–6753
                                                         Fax: 585–428–6950
                                                         Email: noonec@cityofrochester.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**John Does Nos. 1–4**  represented by  **Christopher Noone**
*individually and in his/her capacity as a*              (See above for address)
*City of Rochester Police Officer*                       *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Renz**  represented by  **Christopher Noone**
*individually and in his capacity as a City*             (See above for address)
*of Rochester Police Officer*                            *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Lieutenants unknown**  represented by  **Christopher Noone**
*TERMINATED: 02/14/2020*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**City of Rochester**  represented by  **Christopher Noone**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe(s)**  represented by  **Christopher Noone**
*individually and in his/her capacity as a*              (See above for address)
*City of Rochester Police Officer*                       *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2019 | 1 | COMPLAINT against City of Rochester Police Department, Lieutenants unknown, Officers (4) or more names unknown, Christopher Renz, filed by Carlos A. Santiago, Melissa A. Laffredo.(TF) (Entered: 11/25/2019) |
| 11/19/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Melissa A. Laffredo.(TF) (Entered: 11/25/2019) |
| 11/19/2019 | 3 | MOTION for Leave to Proceed in forma pauperis by Carlos A. Santiago.(TF) (Entered: 11/25/2019) |

| | | |
|---|---|---|
| 11/19/2019 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. Pro Se packet consisting of Privacy Notice, Consent to Proceed Before a Magistrate Judge, Civil Case Timeline, ADR Notification and pro se assistance program info given to plaintiff at the counter. (TF) (Entered: 11/25/2019) |
| 11/26/2019 | 4 | DECISION AND ORDER: Plaintiffs' in forma pauperis motions (ECF Nos. 2 , 3 ) are granted. Plaintiffs' claims must be dismissed unless they file an amended complaint. The Court dismisses all claims against the Rochester Police Department with prejudice and directs the Clerk of Court to terminate it from this case.<br><br>Plaintiffs have until December 30, 2019 to file an amended complaint that alleges the necessary facts, if they exist, to state a proper claim. The Clerk of Court will send Plaintiffs this Order, a copy of the original complaint, a blank § 1983 complaint form, and the instructions for preparing an amended complaint.<br><br>If Plaintiffs do not timely file an amended complaint, the Clerk of Court will dismiss the Complaint with prejudice and close this case without further order. If this case is dismissed, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies leave to appeal to the Court of Appeals as a poor person.<br><br>SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 11/25/2019. (AFM)<br><br>–CLERK TO FOLLOW UP– (Entered: 11/26/2019) |
| 11/27/2019 | | Clerk of Court mailed Plaintiff 4 Order, a copy of the original complaint, a blank § 1983 complaint form, and the instructions for preparing an amended complaint. (TF) (Entered: 11/27/2019) |
| 12/20/2019 | 5 | Letter filed by Melissa A. Laffredo, Carlos A. Santiago as to Lieutenants unknown, Officers (4) or more names unknown, City of Rochester Police Department, Christopher Renz *requesting an extension of time to file an amended complaint*. (Rupp, R.) (Entered: 12/20/2019) |
| 12/23/2019 | 6 | TEXT SCHEDULING ORDER: Plaintiffs' request for an extension of time to file an amended complaint (ECF No. 5 ) is granted. The amended complaint is now due on or before 2/13/2020.<br><br>SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 12/23/19. (This order was mailed to pro se plaintiffs. Rupp Baase LLC will also be notified.)(BJJ) (Entered: 12/23/2019) |
| 02/13/2020 | 7 | AMENDED COMPLAINT against All Defendants, filed by Carlos A. Santiago, Melissa A. Laffredo.(Davenport, Chad) (Entered: 02/13/2020) |
| 05/22/2020 | 8 | TEXT ORDER: Plaintiffs, now represented by counsel, filed an Amended Complaint. ECF No. 7 . Because Plaintiffs are no longer proceeding pro se, the Court is no longer required to screen the Amended Complaint. Therefore, the Clerk of Court shall issue a summons and shall cause the United States Marshal to serve Defendants. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/22/20. (BJJ)<br><br>–CLERK TO FOLLOW UP– (Entered: 05/22/2020) |
| 05/27/2020 | | Summons Issued as to City of Rochester, Christopher Renz. The Clerks Office has forwarded service packets to the US Marshal. (KM) (Entered: 05/27/2020) |
| 07/02/2020 | 12 | SUMMONS Returned Executed by US Marshals. City of Rochester served on 7/2/2020, answer due 7/23/2020. (LMD) (Entered: 07/10/2020) |
| 07/06/2020 | 9 | ANSWER to 7 Amended Complaint by City of Rochester.(Noone, Christopher) (Entered: 07/06/2020) |

| | | |
|---|---|---|
| 07/07/2020 | 10 | TEXT ORDER REFERRING CASE to Hon. Mark W. Pedersen, United States Magistrate Judge, for all pretrial matters excluding dispositive motions. The parties are encouraged to consider consenting to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). Consent forms are available from the Magistrate Judge's chambers or the Clerk of Court's office.<br><br>SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 7/7/2020. (BJJ)<br><br>–CLERK TO FOLLOW UP– (Entered: 07/07/2020) |
| 07/07/2020 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution.(KM) (Entered: 07/07/2020) |
| 07/08/2020 | 11 | ORDER. ( Scheduling Conference set for 8/5/2020 09:30 AM before Hon. Mark W. Pedersen.)A joint proposed discovery plan is due to be filed 4 business days prior to the conference.. Signed by Hon. Mark W. Pedersen on 7/8/20. (Attachments: # 1 Consent to Magistrate Jurisdiction)(KAP) (Entered: 07/08/2020) |
| 07/09/2020 | 13 | SUMMONS Returned Executed. Christopher Renz served on 7/9/2020, answer due 7/30/2020. (LMD) (Entered: 07/10/2020) |
| 07/16/2020 | 14 | ANSWER to 7 Amended Complaint by Christopher Renz.(Noone, Christopher) (Entered: 07/16/2020) |
| 08/05/2020 | 15 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Scheduling Conference held on 8/5/2020. Appearances: Chad A. Davenport, Esq. for plaintiff; Christopher Noone, Esq. and Christopher F. DeFrancesco for defendants. Scheduling Order to be issued. (JB) (Entered: 08/05/2020) |
| 11/12/2020 | 16 | Letter from Carlos Santiago dated 11/12/2020 to Hon. Frank P. Geraci, Jr. (LMD) (Entered: 11/16/2020) |
| 11/18/2020 | 17 | TEXT ORDER: Status Conference set for 12/2/2020 at 2:00 PM before Hon. Mark W. Pedersen. The Conference will take place in the Courtroom, however requests to appear virtually will be generously granted by contacting Chambers at pedersen@nywd.uscourts.gov. SO ORDERED. Signed by Hon. Mark W. Pedersen on 11/18/2020. (JB) (Entered: 11/18/2020) |
| 11/25/2020 | | CALENDAR EVENT: Status Conference RESET for 12/10/2020 at 11:00 AM before Hon. Mark W. Pedersen. The Conference will take place in the Courtroom, however requests to appear virtually will be generously granted by contacting Chambers at pedersen@nywd.uscourts.gov. (JB) (Entered: 11/25/2020) |
| 12/10/2020 | 18 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Status Conference held on 12/10/2020. Appearances: R. Anthony Rupp III, Esq.; Marla Raus, Esq. on behalf of Christopher F. DeFrancesco; Patrick Beath, Esq.; Christopher Noone, Esq.; Michele Romance Crain, Esq.; Melissa Laffredo, pro se Plaintiff (19–CV–6859 and 19–CV–6860)). The Court denies the pro se motions to withdraw without prejudice: ECF 25 on case number 19–CV–6859 and ECF 16 on case number 19–CV–6860. The court reserves decision on the Motion to Withdraw Attorneys, ECF 104 on case number 14–CV–6719. Rule 16(b) conferences for all 3 cases to be set in January. (Court Reporter AT&T Conference.) (JB) (Entered: 12/10/2020) |
| 12/10/2020 | 19 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 1/5/2021. Discovery completed by 2/5/2021. Plaintiff Expert Witness ID due by 3/5/2021. Defendant Expert Witness ID due by 4/5/2021. Stipulation of Selection of Mediator due by 4/5/2021. Mediation To End by 6/30/2021. Dispositive Motions due by 7/9/2021.. Signed by Hon. Mark W. Pedersen on 12/10/20. (KAP) (Entered: 12/10/2020) |
| 01/12/2021 | | CALENDAR EVENT: Rule 16(b) Scheduling Conference set for 1/27/2021 at 10:00 AM before Hon. Mark W. Pedersen. The conference will take place by phone, parties are directed to call 877–402–9753, and enter access code 7137484 at the scheduled date and time. (JB) (Entered: 01/12/2021) |

| | | |
|---|---|---|
| 01/21/2021 | | CALENDAR EVENT: Rule 16(b) Scheduling Conference reset for 1/27/2021 at 10:30 AM before Hon. Mark W. Pedersen. **PLEASE NOTE THE CHANGE IN TIME**. The conference will take place by phone, parties are directed to call 877–402–9753, and enter access code 7137484 at the scheduled date and time. (JB) (Entered: 01/21/2021) |
| 01/27/2021 | 20 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Scheduling Conference held by ZoomGov on 1/27/2021 for case numbers 14–cv–6719, 19cv6859, and 19cv6860. Appearances: R. Anthony Rupp III, Esq.; Christopher Noone, Esq.; Christopher F. DeFrancesco, Esq.; Maria Elizabeth Rodi, Esq.. Maria Elizabeth Rodi indicates she will take over representation of Monroe County in case number 14–cv–6719, Michele Romance Crain terminated as counsel. Scheduling Orders for all 3 cases to be issued. (Court Reporter ZoomGov.) (JB) (Entered: 01/27/2021) |
| 01/29/2021 | 21 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 6/30/2021. Discovery completed by 7/29/2021. Plaintiff Expert Witness ID due by 1/3/2022. Defendant Expert Witness ID due by 1/31/2022. Dispositive Motions due by 5/31/2022.. Signed by Hon. Mark W. Pedersen on 1/27/21. (KAP) (Entered: 01/29/2021) |
| 03/19/2021 | | CALENDAR EVENT: Case Management Conference set for 4/5/2021 at 2:00 PM before Hon. Mark W. Pedersen. The Conference will take place IN PERSON, counsel of record and the Plaintiff are expected to be present. (JB) (Entered: 03/19/2021) |
| 03/22/2021 | 22 | MOTION to Withdraw as Attorney by Melissa A. Laffredo, Carlos A. Santiago. (Attachments: # 1 Declaration, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Certificate of Service)(Davenport, Chad) (Entered: 03/22/2021) |
| 04/05/2021 | | CALENDAR EVENT: Case Management Conference RESET for 4/20/2021 02:30 PM before Hon. Mark W. Pedersen. The Conference will take place IN PERSON, counsel of record and the Plaintiff are expected to be present. (JB) (Entered: 04/05/2021) |
| 04/05/2021 | 23 | LETTER ORDER directing parties and counsel to appear in person on 4/20/21 at 2:30 p.m. before the undersigned.. Signed by Hon. Mark W. Pedersen on 4/5/21. Copy of this NEF and order mailed to Carlos Santiago, 71 Hillview Drive, Rochester, NY 14622 and Melissa Laffredo, 37 Linnet Street, Rochester, NY 14613(KAP) (Entered: 04/05/2021) |
| 04/20/2021 | 24 | Minute Order. Proceedings held before Hon. Mark W. Pedersen: Case Management Conference held in case numbers 14–cv–6719, 19–cv–6859, and 19–cv–6860 on 4/20/2021. Appearances: Chad A. Davenport, Esq. by video; Christopher Noone, Esq.; Maria Elizabeth Rodi, Esq.; Christopher F. DeFrancesco. Plaintiffs Carlos A. Santiago and Melissa A. Laffredo not present. The Court admonishes Chad A. Davenport for failing to appear in person as directed. The Court grants the motions to withdraw as counsel as to all cases, Chad A. Davenport and R. Anthony Rupp removed as counsel. The Clerk of Court is directed to issue an Order to Show Cause as to why these 3 cases should not be dismissed for failure to prosecute. The Clerk is directed to mail a copy of the issued order to Plaintiff Carlos A. Santiago, at 71 Hillside Drive, Rochester, NY 14622, and Plaintiff Melissa Laffredo, at 37 Linnet Street, Rochester, NY 14613. A copy of this minute entry will be mailed to Plaintiffs at the above addresses. (Court Reporter FTR Gold.) (JB)<br><br>–CLERK TO FOLLOW UP– (Entered: 04/20/2021) |
| 04/21/2021 | 25 | ORDER TO SHOW CAUSE Show Cause Response due by 5/21/2021. Signed by Mary C. Loewenguth, Clerk of Court on 4/21/2021.(Clerk mailed a copy of this Order to Show Cause with the NEF to Carlos A. Santiago and Melissa Laffredo on 4/22/2021. (LMD) (Entered: 04/22/2021) |
| 05/21/2021 | 26 | Response to Order to Show Cause filed by Carlos A. Santiago. (BK) (Entered: 05/21/2021) |

| | | |
|---|---|---|
| 05/21/2021 | 27 | REPLY to re (25 in 6:19–cv–06860–FPG–MJP) Order to Show Cause filed by Carlos A. Santiago. (BK) (Entered: 05/21/2021) |
| 07/09/2021 | 28 | TEXT ORDER: Plaintiffs have demonstrated good cause for failure to appear on 4/20/2021 regarding case numbers 14–cv–6719, 19–cv–6859, and 19–cv–6860. The Court admonishes Plaintiffs to appear for all future scheduled court appearances. A Case Management Conference is hereby set for 7/22/2021 at 10:00 AM before Hon. Mark W. Pedersen, and will take place in person. SO ORDERED. Signed by Hon. Mark W. Pedersen on 7/9/2021. Copy of Text Order mailed to Plaintiffs.(JB) (Entered: 07/09/2021) |
| 07/22/2021 | 29 | MOTION to Appoint Counsel by Melissa A. Laffredo, Carlos A. Santiago. (JHF) (Entered: 07/22/2021) |
| 07/22/2021 | 30 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Scheduling Conference held on 7/22/2021. Appearances: Carlos A. Santiago, pro se Plaintiff; Melissa A. Laffredo, pro se Plaintiff; Christopher Noone, Esq.; Maria Elizabeth Rodi, Esq.; Christopher F. DeFrancesco, Esq.. Parties address the schedules in case numbers 14–cv–6719, 19–cv–6859, and 19–cv–6860. The Court will issue an Amended Scheduling Order in case number 14–cv–6719, but will not issue an Amended Scheduling Order in case numbers 19–cv–6859 and 19–cv–6860 at this time. Plaintiffs will reach out to the District Judge regarding extensions of time to respond to any dispositive motions. Plaintiffs indicate they intend to move for appointment of counsel, the Court directs Plaintiffs to file a written motion by 7/30/2021. Defendant's response, if any, due by 8/6/2021. Copy of this Minute Entry mailed to Plaintiffs. (Court Reporter FTR Gold.) (JB) (Entered: 07/23/2021) |
| 08/09/2021 | 31 | TEXT ORDER: Motion Hearing regarding Plaintiff's Motions to Appoint Counsel set for 8/24/2021 at 2:30 PM before Hon. Mark W. Pedersen. The Hearing will take place in person. Plaintiffs are directed to provide the Court with completed CJA 23 Financial Affidavits no later than 24 hours prior to the proceeding. SO ORDERED. Signed by Hon. Mark W. Pedersen on 8/9/2021. Copy of Order mailed to Plaintiffs.(JB) (Entered: 08/09/2021) |
| 08/17/2021 | 32 | CJA–23 Financial Affidavit as to Carlos Santiago (SEALED). (JB) (Entered: 08/17/2021) |
| 08/17/2021 | 33 | CJA–23 Financial Affidavit as to Melissa A. Laffredo (SEALED). (JB) (Entered: 08/17/2021) |
| 08/20/2021 | 34 | MOTION free transcripts by Melissa A. Laffredo, Carlos A. Santiago.(KAP) (Entered: 08/20/2021) |
| 08/20/2021 | 35 | LETTER ORDER denying 34 Motion for free transcripts. Signed by Hon. Mark W. Pedersen on 8/20/21. Copy of this NEF, order and pertinent motion mailed to pro se plaintiff Carlos Santiago at 71 Hillview Drive, Rochester, NY 14622 and to pro se plaintiff Melissa Laffredo at 37 Linnet Street, Rochester, NY 14613. (KAP) (Entered: 08/20/2021) |
| 08/21/2021 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings(SCHEDULING CONFERENCE) held on 07/22/2021, before MAGISTRATE JUDGE MARK W. PEDERSEN. Transcriber Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/21/2021. Release of Transcript Restriction set for 11/19/2021. (KJC) (Entered: 08/21/2021) |
| 08/31/2021 | 37 | DECISION AND ORDER: the Court grants Plaintiffs' motion for assignment of limited pro bono counsel and will seek an attorney to accept assignment for these cases for the limited purpose of conducting discovery. The appointments of limited pro bono counsel are not for representation at trial. Signed by Hon. Mark W. Pedersen on 8/23/2021. Copy of NEF and Order mailed to Plaintiffs.(JB) (Entered: 08/31/2021) |
| 10/21/2021 | 38 | MOTION for Expedited Hearing on Appointment of Pro Bono Counsel by Melissa A. Laffredo, Carlos A. Santiago.(LMD) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/25/2021 | 39 | TEXT ORDER: Denying Plaintiffs' Motion to Expedite (ECF No. 38 ). Plaintiffs' papers provide no basis for any action by this Court. Plaintiffs may hire whatever lawyer they choose. However, this Court has a process for appointing counsel and Mr. Mura has been appointed and will serve in that position until his assignment is completed. SO ORDERED. Signed by Hon. Mark W. Pedersen on 10/25/2021. (VSG) (Entered: 10/25/2021) |
| 11/18/2021 | 40 | Order Appointing Pro Bono Counsel: IT IS HEREBY ORDERED that Roy Mura, Esq., of the Mura Law Group, (located at 930 Rand Building 14 Lafayette Square, Buffalo, NY 14203) is assigned pro bono, to represent the pro se plaintiffs, Carlos Santiago and Melissa Laffredo, faithfully and diligently in this case for the limited purpose described in this order. The Clerk of Court shall send a copy of this Order to Roy Mura, Esq., along with the Court's Guidelines Governing the Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel. Mr. Mura shall contact the plaintiffs within 14 days of the issuance of this order. Signed by Hon. Mark W. Pedersen on 11/18/2021. Copy of NEF and Order mailed to Plaintiffs.(JB)<br><br>–CLERK TO FOLLOW UP– (Entered: 11/18/2021) |
| 12/07/2021 | 41 | NOTICE of Appearance by William A. Lorenz, Jr on behalf of All Plaintiffs (Lorenz, William) (Entered: 12/07/2021) |
| 12/08/2021 | | E–Filing Notification: 41 NOTICE of Appearance by William A. Lorenz, Jr. Action required: Change of address. The form/information is available for this purpose, on the CM/ECF Information page, found in the Clerks Office tab of our website. (RE) (Entered: 12/08/2021) |
| 02/25/2022 | 42 | Letter from Plaintiffs, dated 2/25/22, to Judge Geraci and Judge Pedersen. (RE) (Entered: 02/28/2022) |
| 06/17/2022 | 43 | Letter filed by Melissa A. Laffredo, Carlos A. Santiago as to Lieutenants unknown, John Doe(s), Rochester Police Department, John Does Nos. 1–4, City of Rochester, Christopher Renz *Requesting Enlargement of Amended Scheduling Order (ECF No. 21) Deadlines*. (Mura, Roy) (Entered: 06/17/2022) |
| 06/30/2022 | 44 | Letter filed by Carlos A. Santiago as to Lieutenants unknown, John Doe(s), Rochester Police Department, John Does Nos. 1–4, City of Rochester, Christopher Renz . (Lorenz, William) (Entered: 06/30/2022) |
| 07/05/2022 | | E–Filing Notification: RE 44 Letter filed by Carlos A. Santiago as to Lieutenants unknown, John Doe(s), Rochester Police Department, John Does Nos. 1–4, City of Rochester, Christopher Renz. Action required: Attorney to comply with the Court's Local Rule RULE 83.2 ATTORNEYS OF RECORD – APPEARANCE AND WITHDRAWAL (c) (3). (TF) (Entered: 07/05/2022) |
| 07/05/2022 | 45 | NOTICE of Withdrawal of Attorney: William A. Lorenz, Jr. no longer appearing for Plaintiffs Melissa A. Laffredo, Carlos A. Santiago.<br><br>CLERK TO FOLLOW UP.<br><br>(Mura, Roy) (Entered: 07/05/2022) |
| 09/14/2022 | 46 | MOTION for Hearing by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 09/14/2022) |
| 10/20/2022 | | CALENDAR EVENT: Case Management Conference re MOTION for Hearing set for 11/3/2022 at 2:00 PM before Hon. Mark W. Pedersen. This conference will take place in−person. Copy of NEF mailed to Carlos A. Santiago and Melissa A. Laffredo. (JB) (Entered: 10/20/2022) |
| 11/03/2022 | 47 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Scheduling Conference held on 11/3/2022. Appearances: Roy A. Mura, Esq.; Jacqueline Wannamaker, Esq.; Christopher Noone, Esq.; Carlos A. Santiago, Plaintiff; Melissa A. Laffredo, Plaintiff. Parties discuss the standing of discovery in both cases. Mr. Santiago and Ms. Laffredo inquire about the appeal denial in case number 19−cv−6859. Ms. Laffredo vacates the courtroom while addressing the Court and expressing her discontent with the Rules of Appellate Procedure, prior to the |

| | | |
|---|---|---|
| | | conclusion of proceedings. The Court finds Plaintiff Melissa A. Laffredo (19–cv–6860) in contempt of Court, written order to follow. The Court relieves Roy A. Mura, Esq. as pro bono counsel, further written order to follow. Copy of this Minute Entry mailed to pro se Plaintiffs. (Court Reporter FTR Gold.) (JB) (Entered: 11/03/2022) |
| 11/03/2022 | 48 | ORDER TO SHOW CAUSE as to Melissa Laffredo: Show Cause Response in writing due by 11/18/2022. Signed by Hon. Mark W. Pedersen on 11/3/2022. (VSG) <br><br> This was mailed to: Melissa Laffredo. (Entered: 11/03/2022) |
| 11/09/2022 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/3/22, before Judge Hon. Mark W. Pedersen. Court Reporter/Transcriber Brandi Wilkins, scalisba@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/12/2022. Release of Transcript Restriction set for 2/7/2023. (Wilkins, Brandi) (Entered: 11/09/2022) |
| 11/15/2022 | 51 | MOTION to Further Extend Discovery by Carlos A. Santiago.(RE) (Entered: 11/16/2022) |
| 11/15/2022 | 52 | CERTIFICATE OF SERVICE re 51 MOTION to Further Extend Discovery by Carlos A. Santiago. (RE) (Entered: 11/16/2022) |
| 11/16/2022 | 50 | TEXT ORDER: Denying the parties' joint request to extend the scheduling order deadlines (ECF No. 43 ) because the request was not filed as a motion in accordance with the undersigned's preferences as contained on the website for the Western District of New York, and, in addition, because although both sides consented to the request, they failed to show good cause as to why the deadlines should be extended in accordance with F.R.C.P. 16(b)(4). SO ORDERED. Signed by Hon. Mark W. Pedersen on 11/16/2022. (VSG) <br><br> This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 11/16/2022) |
| 11/17/2022 | 53 | MOTION for Extension of Time to Complete Discovery *to Extend Scheduling Order* by City of Rochester, Christopher Renz, Rochester Police Department. (Attachments: # 1 Declaration, # 2 Certificate of Service)(Noone, Christopher) (Entered: 11/17/2022) |
| 11/18/2022 | 54 | MOTION for Extension of Time to File Response as to 48 Order to Show Cause by Melissa A. Laffredo. (Entered: 11/18/2022) |
| 11/18/2022 | 55 | CERTIFICATE OF SERVICE for 54 MOTION for Extension of Time to File Response/Reply as to 48 Order to Show Cause by Melissa A. Laffredo. (RE) (Entered: 11/18/2022) |
| 11/18/2022 | 56 | TEXT ORDER granting 54 Motion for Extension of Time to File Response/Reply re 54 MOTION for Extension of Time to File Response/Reply as to 48 Order to Show Cause. The deadline for Ms. Melissa Laffredo to respond to the Order to Show Cause is extended to on or before December 2, 2022, or ten days after receipt of the transcript of the November 3, 2022, appearance before the undersigned. Ms. Melissa Laffredo is directed to contact Ms. Kellogg at the Buffalo Clerk's Office to obtain a copy of the transcript. SO ORDERED. Signed by Hon. Mark W. Pedersen on 11/18/2022. (VSG) <br><br> This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 11/18/2022) |
| 11/21/2022 | 57 | DECISION AND ORDER: Mr. Mura and his firm are relieved from representing Plaintiffs and the undersigned does not recommend appointment of further pro bono counsel unless counsel volunteers to represent Plaintiffs. Signed by Hon. Mark W. Pedersen on 11/18/2022. (JB) <br><br> This was mailed to: Pro Se Plaintiffs Carlos Santiago and Melissa Laffredo. <br><br> Clerk to Follow up (Entered: 11/21/2022) |
| 11/21/2022 | 58 | NOTICE of Inquiry on Update of Pro Bono Counsel by Melissa A. Laffredo and Carlos A. Santiago. (RE) (Entered: 11/22/2022) |

| | | |
|---|---|---|
| 11/21/2022 | 59 | MOTION for Extension of Time by Melissa A. Laffredo and Carlos A. Santiago.(RE) Modified filing date on 11/22/2022 (RE). (Entered: 11/22/2022) |
| 11/23/2022 | 60 | ORDER denying without prejudice Plaintiffs' Motion for Extension of Time to File Response/Reply (ECF No. 59 ) as the Court cannot decipher what Plaintiffs are asking for relevant to this case. With respect to Plaintiffs' motion for an extension of time to complete discovery (ECF No. 51 ), if Defendants choose to respond (which the Court does not anticipate because Defendants are seeking the same relief as Plaintiffs in ECF No. 53), the deadline to do so is 12/1/2022, and the deadline for Plaintiffs' reply is 12/8/22. With respect to Defendants' motion for an extension of time (ECF No. 53 ), the deadline for Plaintiffs to respond is 12/7/22, and the deadline for Defendants to reply is 12/14/22. In addition, the Court directs Plaintiffs to comply with Rule 10 of the Local Rules of Civil Procedure for the Western District of New York, which provides that "documents must have at least one–inch margins on all four sides." Further, the Court directs Plaintiffs to include the docket number when referring to motions or entries on the docket as it is not always clear which document Plaintiffs are referencing. Finally, the Court directs Plaintiffs to refrain from including both case numbers (19–CV–6860 and 14–CV–6719) on a motion or letter that only applies to one of the cases. It is sometimes difficult for the Court to decipher what relief Plaintiffs are requesting for which case since often both case numbers are included on a filing or sometimes the wrong case number is the only one listed on a document. Plaintiffs have two separate cases and it is imperative that they be treated as such. SO ORDERED. Signed by Hon. Mark W. Pedersen on 11/23/2022. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 11/23/2022) |
| 12/02/2022 | 61 | NOTICE of Change of Address by Melissa A. Laffredo. Plaintiff's address changed to: Melissa A. Laffredo, 71 Hillview Drive, Rochester, NY 14622. (JHF) (Entered: 12/02/2022) |
| 12/02/2022 | 62 | MOTION for Extension of Time to File Response as to 48 Order to Show Cause by Melissa A. Laffredo. (JHF) (Entered: 12/02/2022) |
| 12/02/2022 | 63 | Letter from Carlos A. Santiago and Melissa A. Laffredo, dated 12/2/22, to Clerk. (JHF) (Entered: 12/02/2022) |
| 12/05/2022 | 64 | TEXT ORDER granting Plaintiff Melissa A. Laffredo's Motion for Extension of Time to File Response/Reply (ECF No. 62 ) as to 48 Order to Show Cause. Plaintiff Melissa A. Laffredo has until 12/9/22 to submit a response to the order to show cause. So ordered. Signed by Hon. Mark W. Pedersen on 12/5/22. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 12/05/2022) |
| 12/09/2022 | 65 | REPLY/RESPONSE to re 64 TEXT ORDER filed by Melissa A. Laffredo. (RE) (Entered: 12/12/2022) |
| 12/09/2022 | 66 | Response in Opposition re 53 MOTION for Extension of Time to Complete Discovery *to Extend Scheduling Order* filed by Melissa A. Laffredo, Carlos A. Santiago. (RE) (Entered: 12/12/2022) |
| 12/14/2022 | 67 | REPLY to Response to Motion re 53 MOTION for Extension of Time to Complete Discovery *to Extend Scheduling Order* filed by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department. (Noone, Christopher) (Entered: 12/14/2022) |
| 12/14/2022 | 68 | REPLY to Response to Motion re 53 MOTION for Extension of Time to Complete Discovery *to Extend Scheduling Order* filed by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department. (Attachments: # 1 Certificate of Service)(Noone, Christopher) (Entered: 12/14/2022) |
| 12/14/2022 | 69 | ORDER denying as moot Plaintiffs' Motion for Extension of Time to Complete Discovery (ECF No. 51 ); granting Defendants' Motion for Extension of Time to Complete Discovery (ECF No. 53 ). SO ORDERED. Signed by Hon. Mark W. Pedersen on 12/14/2022. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 12/14/2022) |

| | | |
|---|---|---|
| 12/14/2022 | 70 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 12/19/2022. Stipulation of Selection of Mediator due by 1/12/2023. Discovery completed by 1/17/2023. Defendant Expert Witness ID due by 2/28/2023. First Mediation Session due by 3/8/2023. Plaintiff Expert Witness ID due by 3/30/2023. Dispositive Motions due by 5/31/2023.. Signed by Hon. Mark W. Pedersen on 12/14/22. (KAP)<br><br>This was mailed to: Carlos Santiago and Melissa Laffredo at 71 Hillview Drive Rochester, NY 14622. (Entered: 12/14/2022) |
| 01/04/2023 | 71 | Stipulation−Selection of Mediator by Melissa A. Laffredo and Carlos A. Santiago.(RE) (Entered: 01/06/2023) |
| 01/06/2023 | | E−Filing Notification: 71 Stipulation−Selection of Mediator. Incorrect document filed. The stipulation must be signed by all parties. Action Required: Refile using correct stipulation form located on the Court's ADR website with all parties' signatures. (RE) (Entered: 01/06/2023) |
| 01/09/2023 | 72 | DECISION AND ORDER: The Court hereby finds Ms. Laffredo in contempt of court pursuant to 18 U.S.C. § 401, 28 U.S.C. § 636(e)(2), and Federal Rule of Criminal Procedure 42(b), fines her $50.00 payable to the Clerk of the Court within thirty days of the entry of this Decision and Order and, further, declines to order imprisonment. Signed by Hon. Mark W. Pedersen on 1/9/2023. (JB)<br><br>This was mailed to: Pro Se Plaintiffs Carlos Santiago and Melissa Laffredo.<br><br>Clerk to Follow up (Entered: 01/09/2023) |
| 01/12/2023 | 73 | Stipulation−Selection of Mediator by City of Rochester, John Doe(s), John Does Nos. 1−4, Christopher Renz(Noone, Christopher) (Entered: 01/12/2023) |
| 03/02/2023 | 74 | Mediation Certification by Bernadette Gargano. Mediation session has been adjourned to 3/6/2023.(Gargano, Bernadette). Modified on 3/2/2023 (TF). (Entered: 03/02/2023) |
| 03/02/2023 | | E−Filing Notification: RE 74 Mediation Certification by Bernadette Gargano. Page two removed, attached in error. Modified on 3/2/2023 (TF). (Entered: 03/02/2023) |
| 03/06/2023 | 75 | Mediation Certification by Bernadette Gargano. The case has not settled mediation complete. (Gargano, Bernadette) (Entered: 03/06/2023) |
| 03/08/2023 | 76 | TEXT ORDER: The discovery deadline in this case has passed (see Amended Scheduling Order, dated 12/14/22 (ECF No. 70 ). If a party(ies) intends to conduct further discovery he or she must write to the Court and provide good cause under Federal Rule of Civil Procedure 16 for an extension of the discovery deadlines (or any other deadlines). In addition, the parties are required to meet and confer and provide the Court with new proposed deadlines with respect to any deadlines they may seek to extend in the existing scheduling order by 3/20/2023. If the Court does not hear from the parties by that date it will assume that the parties are either ready to make dispositive motions and/or proceed to trial, in which case the Court will refer this case to the District Judge. SO ORDERED. Signed by Hon. Mark W. Pedersen on 3/8/2023. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 03/08/2023) |
| 03/17/2023 | 77 | MOTION for Extension of Time to Complete Discovery by City of Rochester, John Does Nos. 1−4, Lieutenants unknown, Christopher Renz, Rochester Police Department. (Attachments: # 1 Declaration, # 2 Certificate of Service)(Noone, Christopher) (Entered: 03/17/2023) |
| 03/20/2023 | 78 | TEXT ORDER granting 77 Motion for Extension of Time to Complete Discovery. Amended scheduling order to follow. Signed by Hon. Mark W. Pedersen on 3/20/23. (KAP)<br><br>This was mailed to: Carlos Santiago and Melissa Laffredo at 71 Hillview Drive Rochester, NY 14622. (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/20/2023 | 79 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 6/20/2023. Discovery completed by 7/17/2023. Plaintiff Expert Witness ID due by 8/17/2023. Defendant Expert Witness ID due by 9/18/2023. Dispositive Motions due by 11/17/2023.. Signed by Hon. Mark W. Pedersen on 3/20/23. (KAP)<br><br>This was mailed to: Carlos Santiago and Melissa Laffredo at 71 Hillview Drive Rochester, NY 14622. (Entered: 03/20/2023) |
| 05/08/2023 | 80 | Letter from Carlos A. Santiago, dated 5/8/23, to Judge Pedersen. (RE) (Entered: 05/09/2023) |
| 05/15/2023 | 81 | Letter from Victoria S. Gleason, dated 5/15/2023, to Mr. Santiago and Ms. Laffredo (JB) (Entered: 05/15/2023) |
| 07/31/2023 | 82 | MOTION for Extension of Time to Complete Discovery by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department.(Noone, Christopher) (Entered: 07/31/2023) |
| 08/01/2023 | 83 | TEXT ORDER denying Motion for Extension of Time to Complete Discovery (ECF No. 82 ) as Defendants failed to request a specific period of time for the extension and also did not obtain the consent of all parties for the extension. If the parties seek a settlement conference with the Court, the parties are directed to file a joint letter motion requesting this relief. SO ORDERED. Signed by Hon. Mark W. Pedersen on August 1, 2023. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 08/01/2023) |
| 08/02/2023 | 84 | MOTION for Extension of Time to Complete Discovery by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department.(Noone, Christopher) (Entered: 08/02/2023) |
| 08/03/2023 | 85 | TEXT ORDER denying the parties' joint Motion for Extension of Time to Complete Discovery (ECF No. 84 ) as the parties have failed to demonstrate good cause for the extension as required by F.R.C.P. 16(b)(4). The Court further denies the motion on the ground that it specifically indicated in the most current scheduling order that it was "the final extension of time the Court will grant." (ECF No. 79, n.1.) Based on the forgoing, the Court assumes that the parties are either ready to make dispositive motions and/or proceed to trial, in which case the Court will refer this case to the District Judge. SO ORDERED. Signed by Hon. Mark W. Pedersen on August 3, 2023. (VSG)<br><br>This was mailed to: Melissa Laffredo and Carlos Santiago. (Entered: 08/03/2023) |
| 10/25/2023 | 86 | MOTION for Summary Judgment by City of Rochester, John Doe(s), Lieutenants unknown, Christopher Renz, Rochester Police Department. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Rule 56 Notice to Pro Se Litigants, # 8 Memorandum in Support)(Noone, Christopher) (Entered: 10/25/2023) |
| 10/25/2023 | 87 | CONTINUATION OF EXHIBITS to 86 MOTION for Summary Judgment *Certification of Service*. (Noone, Christopher) (Entered: 10/25/2023) |
| 10/26/2023 | 88 | SCHEDULING ORDER: Plaintiffs' materials in opposition to Defendants' Motion for Summary Judgment must be filed by November 27, 2023. Defendants may file a reply by December 11, 2023. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 10/26/2023. (MFM)<br><br>This was mailed to: plaintiffs. (Entered: 10/26/2023) |
| 11/15/2023 | 89 | MOTION for Extension of Time to File Response/Reply as to 86 MOTION for Summary Judgment by Melissa A. Laffredo, Carlos A. Santiago. (Attachments: # 1 Certificate of Service)(RE) (Entered: 11/15/2023) |

| | | |
|---|---|---|
| 11/16/2023 | 90 | TEXT ORDER granting 89 Motion for Extension of Time. Plaintiffs have until January 29, 2024 to submit their response. Defendants may file a reply by February 12, 2024. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 11/16/2023. (MFM) <br><br> This was mailed to: plaintiffs. (Entered: 11/16/2023) |
| 11/16/2023 | 91 | Letter filed by Lieutenants unknown, John Doe(s), Rochester Police Department, John Does Nos. 1–4, City of Rochester, Christopher Renz as to Lieutenants unknown, John Doe(s), Rochester Police Department, John Does Nos. 1–4, City of Rochester, Christopher Renz . (Noone, Christopher) (Entered: 11/16/2023) |
| 01/29/2024 | 92 | MOTION for Extension of Time to File Response/Reply by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 01/30/2024) |
| 01/31/2024 | 93 | TEXT ORDER granting 92 Motion for Extension of Time. Plaintiffs' opposition is now due by March 11, 2024. Defendants' reply now due by March 25, 2024. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 1/31/2024. (MFM) <br><br> This was mailed to: plaintiffs. (Entered: 01/31/2024) |
| 03/08/2024 | 94 | MOTION for Extension of Time to File Response/Reply as to 86 MOTION for Summary Judgment by Melissa A. Laffredo, Carlos A. Santiago. (DMK) (Entered: 03/08/2024) |
| 03/11/2024 | 95 | TEXT ORDER granting 94 Motion for Extension of Time. Responses are due by April 8, 2024. Replies are due by April 22, 2024. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 3/11/2024. (MFM) <br><br> This was mailed to: Plaintiffs. (Entered: 03/11/2024) |
| 04/05/2024 | 96 | LETTER MOTION for Extension of Time to File Document by Melissa A. Laffredo, Carlos A. Santiago. (JHF) (Entered: 04/05/2024) |
| 04/08/2024 | 97 | TEXT ORDER granting 96 Motion for Extension of Time. Plaintiffs' responses are due by April 22, 2024. Defendants' reply is due by May 6, 2024. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/8/2024. (MDS) <br><br> This was mailed to: Plaintiffs. (Entered: 04/08/2024) |
| 04/17/2024 | 98 | MOTION for Extension of Time to File by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 04/17/2024) |
| 04/18/2024 | 99 | TEXT ORDER: Plaintiffs move for a fifth extension of time to file a response, (ECF No. 98 ), to Defendant's motion for summary judgment (ECF No. 86 ). Plaintiffs' motion is GRANTED. Responses are due by May 2, 2024. Replies are due by May 16, 2024. However, because this extension will give Plaintiffs a total of six months and seven days to respond to Defendant's motion, NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS CASE. If Plaintiffs' response is not received by May 2, 2024, the Court will decide the motion on Defendant's papers alone. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 4/18/2024.(AJW) <br><br> This was mailed to: Plaintiffs. (Entered: 04/18/2024) |
| 05/03/2024 | 100 | REPLY/RESPONSE to re 99 Order filed by Melissa A. Laffredo, Carlos A. Santiago. (Attachments: # 1 Envelope)(RE) (Entered: 05/06/2024) |
| 05/03/2024 | 101 | CONTINUATION OF EXHIBITS Manually filed 64GB with colored photos to 100 Reply/Response filed by Melissa A. Laffredo, Carlos A. Santiago. (Attachments: # 1 Photos) manual filing located in Clerk's Office file room. (RE) (Entered: 05/06/2024) |
| 05/06/2024 | 102 | CONTINUATION OF EXHIBITS to 100 Reply/Response filed by Melissa A. Laffredo, Carlos A. Santiago. (RE) (Entered: 05/06/2024) |
| 05/06/2024 | 103 | CERTIFICATE OF SERVICE re: 100 by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 05/06/2024) |
| 05/06/2024 | 104 | MOTION for Leave to File Excess Pages by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 05/06/2024) |

| 05/09/2024 | 105 | MOTION to Amend by Melissa A. Laffredo, Carlos A. Santiago.(RE) (Entered: 05/09/2024) |
|---|---|---|
| 05/14/2024 | 106 | MOTION for Extension of Time to File Response/Reply as to 100 Reply/Response, 86 MOTION for Summary Judgment , 99 Order on Motion for Extension of Time to File,, by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department.(Noone, Christopher) (Entered: 05/14/2024) |
| 05/14/2024 | 107 | TEXT ORDER granting 106 Motion for Extension of Time to File Response/Reply. Defendant's reply is due no later than May 24, 2024. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 5/14/2024. (AJW)<br><br>This was mailed to: Plaintiffs. (Entered: 05/14/2024) |
| 05/21/2024 | 108 | RESPONSE in Opposition re 86 MOTION for Summary Judgment , 105 MOTION to Amend/Correct filed by John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department. (Attachments: # 1 Exhibit Letter sending share file link, # 2 Memorandum in Support)(Noone, Christopher) (Entered: 05/21/2024) |
| 05/21/2024 | 109 | CONTINUATION OF EXHIBITS by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department. to 108 Response in Opposition to Motion, filed by City of Rochester, John Doe(s), John Does Nos. 1–4, Lieutenants unknown, Christopher Renz, Rochester Police Department. (Noone, Christopher) (Entered: 05/21/2024) |
| 07/24/2024 | 110 | TEXT ORDER granting in part and denying in part 104 Motion for Leave to File Excess Pages. Plaintiffs' motion to exceed the page limit is GRANTED. Plaintiffs' request to file a sur–reply is DENIED at this time. The Court takes the pending motions under advisement; if it concludes that additional briefing from Plaintiffs is warranted, it will notify the parties of such. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 7/24/2024. (MFM) (Entered: 07/24/2024) |
| 09/25/2024 | 111 | ORDER granting 86 Motion for Summary Judgment; denying 105 Motion to Amend or Correct. For the reasons stated herein, Defendants' motion for summary judgment is GRANTED and Plaintiffs' motion to amend is DENIED. The Clerk of Court is directed to enter judgment in favor of Defendants and close the case. SO ORDERED. Signed by Hon. Frank P. Geraci, Jr. on 9/25/2024. (MMG)<br><br>This was mailed to: Plaintiffs.<br><br>Clerk to Follow up (Entered: 09/25/2024) |
| 09/26/2024 | 112 | JUDGMENT in favor of defendants. Signed by Mary C. Loewenguth, Clerk of Court on 9/26/24. (RE)<br><br>This was mailed to: Pro Se Plaintiffs Carlos A. Santiago and Melissa A. Laffredo. (Main Document 112 replaced with correct scan on 9/26/2024) (RE). (Entered: 09/26/2024) |
| 10/25/2024 | 113 | NOTICE OF APPEAL by Melissa A. Laffredo and Carlos A. Santiago. No filing fee received or IFP. (RE) (Entered: 10/25/2024) |
| 10/28/2024 | 114 | CLERK'S CERTIFICATE/INDEX filed and electronically sent to Court of Appeals. (Attachments: # 1 Index)(RE) (Entered: 10/28/2024) |